U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN 19 2019

CLERK, U.S. DISTRICT COURT
By_____
       Deputy

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| Desiree Stone, | § | Case No. 4:19-cv-00448-A |
| Plaintiff, | § § | Honorable John McBryde |
| v. | § § | |
| Diversified Adjustment Service, Inc. | § § | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| Defendant. | § § | |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action without prejudice. This notice is being filed before Defendant has filed an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Date: June 17, 2019

_____
Jeffrey S. Hyslip, Esq.
Ohio Bar No. 0079315
HYSLIP & TAYLOR, LLC, LPA
3323 W. Diversey Avenue, Suite 5
Chicago, IL 60647
Phone: 312-380-6110
Fax: 312-361-3509
Email: jeffrey@lifetimedebtsolutions.com
*Attorney for Plaintiff*

*Local Counsel for Plaintiff*
Walt D. Roper
State Bar No. 00786208
THE ROPER FIRM, P.C.
3131 McKinney Ave., Suite 600
Dallas, TX 75204
Phone: 214-420-4520
Fax: 241-856-8480
walt@roperfirm.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2019, a copy of the foregoing Notice of Dismissal was served via U.S. First Class Mail upon the following:

Diversified Adjustment Service, Inc.
C/o CT Corporation System-Reg. Agent
1999 Bryan Street, Suite 900
Dallas, TX  75201-3136

Jeffrey S. Hyslip