IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 20 2019
CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | |
|---|---|
| DESIREE STONE, | § |
| Plaintiff, | § |
| VS. | § NO. 4:19-CV-448-A |
| DIVERSIFIED ADJUSTMENT SERVICE, INC., | § |
| Defendant. | § |

## FINAL JUDGMENT

In accordance with the notice of dismissal without prejudice filed this date,

The court ORDERS, ADJUDGES, and DECREES that the claims and causes of action of plaintiff, Desiree Stone, against defendant, Diversified Adjustment Service, Inc., be, and are hereby, dismissed without prejudice.

SIGNED June 20, 2019.

_____
JOHN McBRYDE
United States District Judge